AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

**V.**

RENARDO WILLIAMS

**CRIMINAL COMPLAINT**

CASE NUMBER: *MJ04-M-241/JLA*

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ August, 2004 _____ in _____ Suffolk _____ county, in the

_____ District of _____ Massachusetts _____ defendant(s) did, (Track Statutory Language of Offense)

move or travel in interstate or foreign commerce with intent to avoid prosecution, or custody or confinement after conviction, under the laws of the place from which he flees, for a new crime, or an attempt to commit a crime, punishable by death or which is a felony under the laws of the place from which the fugitive flees

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 1073 _____.

I further state that I am a(n) _____ Deputy United States Marshal _____ and that this complaint is based on the following
facts:
_____ Official Title

See attached Affidavit of Deputy USM Chris W. McEnaney

Continued on the attached sheet and made a part hereof:     ☒ Yes     ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,     **Chris W. McEnaney**
**Deputy U.S. Marshal**

Date  11/5/04     at     Boston, MA
_____          _____
                                        City and State

JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer     _____
                                        Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT OF CHRIS W. MCENANEY

I, Chris W. McEnaney being duly sworn, do depose and say:

1.    I am a Deputy United States Marshal with the United States Marshals Service ("USMS") of the Department of Justice, and have been so employed for approximately 9 years.  I am currently assigned as the Task Force Coordinator for the New England High Intensity Drug Trafficking Areas (HIDTA) Fugitive Task Force. I have been assigned to the New England HIDTA Fugitive Task Force for the last year.  I have been assigned to the Investigations Unit for the past 3 years.  I have attended criminal investigator training at the Federal Law Enforcement Training Center in Glynco, GA.  I also attended the U.S. Marshals Service Basic Academy and the U.S. Marshals Service Advanced School.  I have received on-going training on different areas of fugitive investigations, and during the course of my career, I have been personally involved in hundreds of fugitive investigations.

2.    I submit this Affidavit in support of the issuance of a criminal complaint and arrest warrant for an individual identified as RENARDO WILLIAMS.("WILLIAMS") for unlawful flight to avoid prosecution, in violation of Title 18, United States Code, Section 1073.

3.    WILLIAMS is described as a black male.  His date of birth is believed to be January 10, 1977.  He is believed to use Social Security number 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 and 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.  He is

approximately six feet, three inches tall and weighs approximately 220 pounds.  He has black hair and brown eyes.

4.    This Affidavit is based upon information about which I have personal knowledge, documentary evidence that I have reviewed, and my conversations with other law enforcement officers and agents.  This Affidavit does not contain every detail of this investigation.  Rather, it contains those facts that I believe are necessary and sufficient to establish probable cause for the issuance of the requested arrest warrant.

5.    On August 2, 2004, WILLIAMS was charged in Dorchester District Court in Boston, Massachusetts with Murder, a felony under Massachusetts General Laws Chapter 265, Section 1.  An arrest warrant for WILLIAMS was issued on that date and was entered in the Massachusetts Warrant Management System.  A copy of this warrant is attached.

6.    The Boston Massachusetts Police Department and the Suffolk County District Attorney's Office have requested the assistance of the U.S. Marshals Service in the location and apprehension of WILLIAMS.

7.    Based on an investigation conducted by the Boston, Massachusetts Police Department it is believed that on August 2, 2004 WILLIAMS shot and killed Willie BENDOLPH and Jerrell MORRIS with a handgun.  He also shot and wounded Anthony BENDOLPH.  At the time of this incident the three victims were seated in a

2

minivan on Castlegate Road in Boston, Massachusetts.

8.    Members of law enforcement have attempted to locate WILLIAMS.  Efforts to locate and arrest WILLIAMS in Massachusetts have been unsuccessful.  Following a diligent investigation by local, state, and federal authorities, I do not believe that WILLIAMS is residing in Massachusetts at this time.

9.    Information gleaned from the recorded telephone calls of Suffolk County inmate Devon Williams, the brother of the fugitive, indicate that WILLIAMS may have initially fled to New Jersey.  A review of the inmate records of the fugitive's father, Renardo Wynn, reveal numerous family ties to northern New Jersey. A review of WILLIAMS' inmate records from his most recent incarceration also indicate a visit from an aunt in New Jersey. It is believed that WILLIAMS has fled from the Commonwealth of Massachusetts to avoid prosecution on the charges pending against him in Dorchester District Court.

10.    The District Attorney of Suffolk County has informed me that the office will rendite WILLIAMS if he is apprehended in the United States.

11.    Based upon all of the foregoing facts, as well as my training and experience, there is probable cause to believe that RENARDO WILLIAMS has fled from the Commonwealth of Massachusetts, that WILLIAMS may presently be located in the state of New Jersey, and that WILLIAMS' flight from Massachusetts was to avoid

3

prosecution, in violation of Title 18, United States Code,

Section 1073.

Signed under the pains and penalties of perjury this 5ᵗʰ

day of November, 2004.

CHRIS W. MCENANEY
Deputy U.S. Marshal
United State Marshals Service

Sworn to and subscribed to before me this 5ᵗʰ day of

November   , 2004.

Joyce London Alexander
U.S. MAGISTRATE JUDGE

4

**WARRANT** | 04070 | 704548 | Trial C___ of Massachusetts

Dorc___ster District Court

| Dorchester | NAME, ADDRESS AND ZIP CODE OF DEFENDANT | TO ANY AUTHORIZED OFFICER: |

**REASON FOR WARRANT**

WILLIAMS, RENARDO
63 BROOKLEDGE STREET, APT.#6
DORCHESTER, MA 02124

☒ Representation of prosecutor that defendant may not appear unless arrested.

☐ Defendant failed to appear after being summoned to appear.

| DATE OF BIRTH | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| 01/10/1977 | M | B | 6'03" | 210 | BRO | BLK |

☐ Defendant failed to appear after recognizing to appear.

| C.C. # | SOCIAL SECURITY # |
|---|---|
| 040403621 | 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 |

☐ Defendant failed to pay court ordered monies in the amount of $_____.

| DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|
| 08/02/2004 | ROXBURY |

☐ Defendant failed to pay non-criminal motor vehicle fine in the amount of $_____.

| COMPLAINANT | POLICE DEPARTMENT |
|---|---|
| DALEY, SGT. DET. RICHARD | BOSTON PD - AREA B-2 |

☐ Defendant failed to appear for Probation Surrender Hearing

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| 08/06/2004 | |

☐ Other:

**COUNT-OFFENSE**
1 - 265/1 MURDER c265 §1

on 08/02/2004 did assault and beat WILLIAM BENDOLPH, with intent to murder such person, and by such assault and beating did kill and murder such person, in violation of G.L. c.265, §1. (NO DISTRICT COURT FINAL JURISDICTION IN ADULT SESSION.)

**COUNT-OFFENSE**
1 - 265/1 MURDER c265 §1

on 08/02/2004 did assault and beat JARREL MORRIS, with intent to murder such person, and by such assault and beating did kill and murder such person, in violation of G.L. c.265, §1. (NO DISTRICT COURT FINAL JURISDICTION IN ADULT SESSION.)

**COUNT-OFFENSE**
1 - 265/15/A ASSAULT TO MURDER c265 §15

on 08/02/2004 did assault ANTHONY BENDOLPH with intent to murder such person, in violation of G.L. c.265, §15. (NO DISTRICT COURT FINAL JURISDICTION IN ADULT SESSION.)

**COUNT-OFFENSE**
1 - 265/15A/A A&B WITH DANGEROUS WEAPON c265 §15A(b)

on 08/02/2004 did, by means of a dangerous weapon, a FIREARM, assault and beat ANTHONY BENDOPLH, in violation of G.L. c.265, §15A(b). (PENALTY: state prison not more than 10 years; or house of correction not more than 2½ years; or not more than $5000 fine; or both such fine and imprisonment. District Court has final jurisdiction under G.L. c.218, § 26.)

THE COURT HAS ORDERED THAT A ☒ WARRANT ☐ DEFAULT WARRANT ISSUE AGAINST THE ABOVE DEFENDANT

Therefore you are hereby commanded to arrest the above named defendant and bring the defendant forthwith before this court to answer to the offense(s) listed above and to be dealt with according to law.

| | FIRST JUSTICE | DATE OF ISSUE | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|---|---|
| WITNESS: | HANLON, SYDNEY | 08/06/2004 | |

**APPLICATION** ☐ **ADULT**
**FOR COMPLAINT** ☐ **JUVENIL**                                                    trict Court Department

☐ ARREST    ☐ HEARING    ☐ SUMMONS    ☒ WARRANT          COURT DIVISION

The within named complainant requests that a complaint issue against the within
named defendant, charging said defendant with the offense(s) listed below.

Dorchester District Court
510 Washington Street
Dorchester, Ma 02124

| E OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 8-06-04 | 8-02-04 | 10 Castlegate Road, Roxbury |

| NAME OF COMPLAINANT | NO. | OFFENSE | G.L. Ch. and Sec |
|---|---|---|---|
| Sgt Det. Richard Daley | | | |
| **ADDRESS AND ZIP CODE OF COMPLAINANT** | 1. | Murder X 2 | 265:1 |
| One Schroeder Plaza | 2. | Assault W/I to Murder | 265:15 |
| Roxbury, Ma 02120 | | | |
| **NAME, ADDRESS AND ZIP CODE OF DEFENDANT** | 3. | A/B D/W by Means of a Handgun | 265:15A |
| Renardo Williams | | | |
| 63 Brookledge Street  (apt#6) | 4. | | |
| Dorchester, Mass | | Unlawful Possession of a Firearm | 269:10 |

| COURT USE ONLY ⟶ | A hearing upon this complaint application will be held at the above court address on | DATE OF HEARING | TIME OF HEARING | COURT USE ⟵ ONLY |
|---|---|---|---|---|
| | | AT | | |

## CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OR PROPERTY Over or under $250. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | William Bendolph | Human Life | | Handgun |
| 2 | Jarrell Morris | Human Life | | Handgun |
| 3 | Anthony Bendolph | | | Handgun |
| 4 | | | | |

**OTHER REMARKS:** On above date and time, above defendant did assault and beat William Bendolph and Jarrell Morris, and as a result of said assault, Renardo Williams did shoot and kill both William Bendolph and Jarrell Morris. Additionally, Renardo Williams during same assault did shoot and seriously wound Anthony Bendolph.

Witness positively identified Renardo Williams through Photos with a 24 year history.

x _(signature)_
SIGNATURE OF COMPLAINANT

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| 1/10/77 | Brooklyn New York | 086601352 | Male | B/N | 6'3 | 210 | Brn | Blk |

| OCCUPATION | EMPLOYER/SCHOOL | MOTHER'S NAME (MAIDEN) | FATHER'S NAME |
|---|---|---|---|
| | | Gladys Williams | Renardo Winn |

## ↓ COURT USE ONLY ↓

| DATE | DISPOSITION | AUTHORIZED BY |
|---|---|---|
| | **NO PROCESS TO ISSUE** ☐ At request of complainant ☐ Complainant failed to prosecute ☐ Insufficient evidence having been presented | |
| ~/6/04 | **PROCESS TO ISSUE** ☐ Sufficient evidence presented ☐ Defendant failed to appear  **TYPE OF PROCESS** ☒ Warrant ☐ Summons returnable ___ | _(signature)_ |
| | ☐ Continued to ___ | |
| **COMMENTS** | | |

# ADDITIONAL COUN

COUNT-OFFENSE

1 - 269/10/J  FIREARM, CARRY WITHOUT LICENSE c269 §10(a)

08/02/2004 did knowingly have in his or her possession, or under his or her control in a vehicle, a firearm, as defined in G.L. c.140, §121, or a rifle or shotgun, not then being present in or on his or her residence or place of business, and not having in effect a license to carry firearms or otherwise being authorized by law to do so, in violation of G.L. c.269, §10(a). (PENALTY: state prison not less than 2½ years, not more than 5 years; or jail or house of correction not less than 1 year, not more than 2½ years; no continuance with a finding, filing, or suspended sentence; no reduction of sentence, probation, parole, furlough, or sentence deduction until 1 year served; §10(c): firearm, rifle or shotgun to be ordered forfeited.)

COUNT-OFFENSE

COUNT-OFFENSE

JUNT-OFFENSE

COUNT-OFFENSE

COUNT-OFFENSE

| COMPLAINANT | SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) |
|---|---|---|
| X | X | |

244039  08/07/04 0857 000.
--------------WILLIAMS,RENARDO-------------- - W6360868--------------------
   Commonwealth of Massachusetts - Criminal Justice Information System
      Trial Court of Massachusetts - Warrant Management System
rsuant to Massachusetts General Laws ch.276 s.23A this is a TRUE WARRANT on
e person named herein as contained in the Warrant Management System and
inted via Criminal Justice Information System.
is Warrant Printed as of 08:57 on 08/07/04
-------------------------------------------------------------------------

fendant Information:
   Name: WILLIAMS,RENARDO                    SS#: 086601352
   Address: 63  BROOKLEDGE STREET,APT.#6.    Race: B    Sex: M
                                             Hair: BLK   Eyes: BRO
   City: DORCHESTER              MA 02124    Weight: 210 Height: 6'03"
                                             Complexion:    Marks:
Date of Birth: 01/10/1977 Place of Birth: NY Date of Emancipation: 00/00/0000
Father: WINN,RENARDO               Mother: WILLIAMS,GLADYS
Known Alias:                              Ref No: W6360868

   License No:                           Misc No:
cense State: MA         Obtn No:           CC No: 040403621
-------------------------------------------------------------------------
rrant Information:                         Docket: 0407CR004548
ssue Date: 08/06/2004  Court of Issue: 7    - DORCHESTER DISTRICT
      Type: S - STRAIGHT                                69588
ate of Complaint: 08/06/2004
   Offense Date: 08/02/2004  Offense Location: ROXBURY

************************* Charges *****************************
   Count   Offense Code                  Description
     1  F   265/1              MURDER c265 S1
     1  F   265/1              MURDER c265 S1
     1  F   265/15/A           ASSAULT TO MURDER c265 S15
     1  F   265/15A/A          A&B WITH DANGEROUS WEAPON  c265 S15A
     1  F   269/10/J           FIREARM, CARRY WITHOUT LICENSE c269 S10

-------------------------------------------------------------------------
urt Information:
signed for Service To: 664 - BOSTON PD - AREA B-2
rrant printed by:     599 - BOSTON PD - HOMICIDE UNIT
                                      Fine Amount:
ficer Name:                           Bail Amount:
dge's Name: HANLON,SYDNEY             None set
turn Date/Time: 00/00/0000 00:00   Recall Date/Time: 00/00/0000 00:00
-------------------------------------------------------------------------
         * * * Return of Service on Page 2 * * *