AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

RENARDO WILLILAMS

**WARRANT FOR ARREST**

CASE NUMBER: MJ04-M-241JLA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ RENARDO WILLIAMS _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [x] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2004 NOV -5 P 5: 43

charging him or her with (brief description of offense)
move or travel in interstate or foreign commerce with intent to avoid prosecution, or custody or confinment after conviction, under the laws of the place from which he flees, for a crime, or an attemt to commit a crime, punishable by death or which is a felony under the laws of the place from which the fugitive flees,

in violation of
Title _____ 18 _____ United States Code, Section(s) 1073

JOYCE LONDON ALEXANDER
Name of Issuing Officer

[signature]
Signature of Issuing Officer

U. S. MAGISTRATE JUDGE
Title of Issuing Officer

11-05-2004     Boston, MA
Date and Location

Bail fixed at $ _____

_____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER WARRANT EXECUTED BY DSMS Maine | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 11/7/04 | |

This form was electronically produced by Elite Federal Forms, Inc.