UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. MJ04-M-241-JLA |
| ) | |
| RENARDO WILLIAMS ) | |
| Defendant. ) | |
| ) | |

**STATUS REPORT**

Pursuant to the Court's Electronic Notice dated September 1, 2006, the United States files this status report as requested:

The defendant, Renardo Williams, has been arrested and is in custody in the District of Maine. Therefore, this Warrant should be dismissed.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:    */s/ Mary Elizabeth Carmody*

    MARY ELIZABETH CARMODY
    Assistant U.S. Attorney
    U. S. Attorney's Office
    John Joseph Moakley
    United States Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3290

DATED: September 29, 2006